

# NUMBER 13-23-00474-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**DEZARAE M. PENA,** **Appellant,**

**v.**

**ELIZANDRA ELIZONDO,** **Appellee.**

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 9
## OF HIDALGO COUNTY, TEXAS

## MEMORANDUM OPINION

### Before Justices Benavides, Tijerina, and Silva
### Memorandum Opinion by Justice Tijerina

This matter is before the Court on the appellant's failure to file a brief or reasonably explain the failure to do so. The appellant's brief in the above cause was due on March 22, 2024. On April 10, 2024, the Clerk of the Court notified appellant that the brief had not been timely filed and that the appeal was subject to dismissal for want of prosecution

under Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of the letter, appellant reasonably explained the failure and the appellee was not significantly injured by the appellant's failure to timely file a brief.

Appellant has failed to either reasonably explain her failure to file a brief, file a motion for extension of time to file the brief, or file the brief. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b).

JAIME TIJERINA
Justice

Delivered and filed on the
23rd day of May, 2024.

2